Indira J. Cameron-Banks (Cal. Bar No. 248634)
  *Indira@CameronJones.law*
Terrence M. Jones (Cal. Bar No. 256603)
  *Terrence@CameronJones.law*
C A M E R O N | J O N E S LLP
8383 Wilshire Boulevard, Suite 800
Beverly Hills, California 90211
(424) 757-0585 | www.CameronJones.law

Attorneys for Plaintiff STADIUM CREATIVE GROUP, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STADIUM CREATIVE GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A. d/b/a WELLS FARGO, a Delaware corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. CV23-0737 JFW (KKx) <br><br> **PLAINTIFF'S NOTICE OF SETTLEMENT** <br><br> L.R. 16-17.5 <br><br><br> Hon. John F. Walter <br> U.S. District Court Judge |

**TO THIS HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**—

PLEASE TAKE NOTICE that:

Plaintiff Stadium Creative Group LLC hereby reports that the parties have reached a settlement in the above-captioned matter that will resolve the case in its entirety. Notice of this settlement has already been to the courtroom deputy clerk pursuant to L.R. 16-17.5.

The parties are in the process of memorializing the terms of their agreement and anticipate that a stipulation to dismiss this action with prejudice will be filed on or before June 30, 2023.

Dated: June 9, 2023                    CAMERON | JONES LLP

                                        /s/ *Indira J. Cameron-Banks*
                                       Indira J. Cameron-Banks

                                       Attorneys for Plaintiff
                                       STADIUM CREATIVE GROUP, LLC